SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN FILED

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BONNER,
WILLNEAL CHEEKS,
JAMES GOREE,
ALAN JOHNSON,
GERALD JOHNSON,
LORENZO LUCKETT,
ARMAND MCCURTY,
ZISIRTIKE MCMILLAN,
GREG SIMMONS,
JAMES SNOW,
RAYMOND TURNER,
JOSHUA WILLIAMS,
FALANDRIC WILLIAMS,
LUTHER WILLIAMS, and
TRAVIS WILLIAMS,

    Defendants.

'08 JUN 17 P4 :26

Case No.

JON W. SANFILIPPO
CLERK

**08 CR-162**

[Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846]

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

1. Beginning by at least 2004, and continuing through June 17, 2008, in the State and Eastern District of Wisconsin and elsewhere,

    CHARLES BONNER,
    WILLNEAL CHEEKS,
    JAMES GOREE,
    ALAN JOHNSON,
    GERALD JOHNSON,

LORENZO LUCKETT,
ARMAND MCCURTY,
ZISIRTIKE MCMILLAN,
GREG SIMMONS,
JAMES SNOW,
JOSHUA WILLIAMS,
FALANDRIC WILLIAMS,
LUTHER WILLIAMS, and
TRAVIS WILLIAMS,

knowingly and intentionally conspired with each other and persons known and unknown to the grand jury to possess with the intent to distribute and distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

    2.      The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; a mixture and substance containing cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(B) and 846.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES:**

1. On or about October 16, 2007, in the State and Eastern District of Wisconsin,

**GERALD JOHNSON and
ARMAND MCCURTY**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

3

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

1. On or about October 18, 2007, in the State and Eastern District of Wisconsin,

**JAMES SNOW**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

4

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES:**

1. On or about November 1, 2007, in the State and Eastern District of Wisconsin,

**TRAVIS WILLIAMS**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

5

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES:**

1. On or about November 6, 2007, in the State and Eastern District of Wisconsin,

**GERALD JOHNSON**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES:**

1. On or about November 27, 2007, in the State and Eastern District of Wisconsin,

**WILLNEAL CHEEKS and
ALAN JOHNSON**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES:**

1. On or about November 30, 2007, in the State and Eastern District of Wisconsin,

## ALAN JOHNSON

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES:**

1. On or about December 5, 2007, in the State and Eastern District of Wisconsin,

**GERALD JOHNSON**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

9

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES:**

1.  On or about December 13, 2007, in the State and Eastern District of Wisconsin,

### JOSHUA WILLIAMS

knowingly and intentionally distributed a controlled substance.

2.  The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

10

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

1.  On or about December 30, 2007, in the State and Eastern District of Wisconsin,

### JAMES GOREE

knowingly and intentionally distributed a controlled substance.

2.  The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES:**

1. On or about January 18, 2008 in the State and Eastern District of Wisconsin,

**LUTHER WILLIAMS**

knowingly and intentionally distributed a controlled substance.

2. The offense involved 5 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES:**

1. On or about February 28, 2008, in the State and Eastern District of Wisconsin,

**CHARLES BONNER**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

13

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES:**

1. On or about April 15, 2008, in the State and Eastern District of Wisconsin,

**RAYMOND TURNER,**

knowingly and intentionally possessed with intent to distribute a controlled substance.

2. The offense involved 50 grams or more of a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES:**

1. On or about April 18, 2008, in the State and Eastern District of Wisconsin,

**FALANDRIC WILLIAMS**

knowingly and intentionally distributed a controlled substance.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE NOTICE

All property of the defendants constituting or derived from any proceeds obtained as a result of the offenses set forth in Counts One through Fourteen and all property of the defendants used or intended to be used to commit or facilitate the commission of the offenses, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The properties subject to forfeiture includes a personal money judgment in an unspecified amount, representing the amount of unseized proceeds obtained as a result of the controlled substance offenses set forth in Counts One through Fourteen.

A TRUE BILL

███████████████

FOREPERSON

Dated: 6-17-08

*Steven M. Biskupic*
STEVEN M. BISKUPIC
United States Attorney